UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
BISRAM BHAGWANDEEN,

          Plaintiff,

- against -

BOMBARDIER TRANSPORTATION,

          Defendant.
----------------------------------------x

05 Civ. 0896 (AR)(RM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, that pursuant to Fed. R. Civ. P. Rule 41(a)(1), this action is hereby discontinued with prejudice, with the parties to bear their own costs, fees and disbursements.

Dated: New York, New York
      November 23, 2005

SIDLEY AUSTIN BROWN & WOOD LLP

By: _____
    Nicholas H. De Baun (ND-5737)

787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Bombardier Mass Transit Corporation

LEEDS MORELLI & BROWN, P.C.

_____
Becky Tung (BT-5206)

One Old Country Road, Suite 347
Carle Place, New York 11514
(718) 727-0585

Attorneys for Plaintiff
Bisram Bhagwandeen

**SO ORDERED:**

_____ 12/6/05
    U.S.D.J.

9

NY1 5787444v.4